UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| WILLIAM PIERCE PLUMMER, | ) CV 09-3031-FMC (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LORI DICARLO, et al., | ) |
| Respondents. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: Oct 5, 2009

FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE

1